# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH BLAKNEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.  10-4237 |
| THE CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *22nd* day of *September*, 2011, upon consideration of Defendant the City of Philadelphia's Motion for Summary Judgment (Docket No. 11) and Plaintiff Ralph Blakney's Response in Opposition (Docket No. 13), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.  This case is **CLOSED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.